BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

```
                          FILED
                       Aug 16, 2013
                  CLERK, U.S. DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
```

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF ARKANSAS, CALIFORNIA, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, and WISCONSIN ex rel. CHARLES PHILLIPS, M.D., <br><br> Plaintiffs, <br><br> vs. <br><br> QUANTUM HEALTHCARE MEDICAL ASSOCIATES, INC.; TEAM PHYSICIANS OF CALIFORNIA MEDICAL GROUP, INC.; TEAM HEALTH, INC.; TEAM HEALTH HOLDINGS, LLC; T-SYSTEM, INC.; MARINA MEDICAL BILLING SERVICE, INC.; VALLEY EMERGENCY PHYSICIANS MEDICAL GROUP, INC.; AND SIERRA RURAL PHYSICIANS, INC., <br><br> Defendants. | Case No.  2:11-CV-1588 MCE KJN <br><br> **THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

The United States' Notice of Election        1
to Decline Intervention

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.,* 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: August 16, 2013                                            Respectfully submitted,

                                                                     BENJAMIN B. WAGNER
                                                                     United States Attorney

                                By:          /s/ Catherine J. Swann
                                                   CATHERINE J. SWANN
                                                   Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on **August 16, 2013**, she served a copy of:

**THE UNITED STATE'S NOTICE OF ELECTION TO DECLINE INTERVENTION [FILED UNDER SEAL]**

by placing said document(s) in postage paid envelope(s) addressed to the persons listed below, which are the last known addressees, and deposited said envelope(s) in the United States mail in Sacramento, California.

ADDRESSEE(S):

Charles R. Phillips
6665 N. Fresno, Apt. 153
Fresno, CA 93710

/s/ *Kimberly Siegfried*
KIMBERLY SIEGFRIED