KAMALA D. HARRIS
Attorney General of California
MARK GEIGER
Senior Assistant Attorney General
STEVEN D. MUNI
Acting Supervising Deputy Attorney General
SARALYN M. ANG-OLSON (SBN 197404)
Deputy Attorney General
Telephone:  (916) 263-0402
E-mail:  Saralyn.AngOlson@doj.ca.gov
Bureau of Medi-Cal Fraud & Elder Abuse
  1425 River Park Drive, Suite 300
  Sacramento, CA 95815-4524
  Facsimile:  (916) 274-2929

Attorneys for the State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF ARKANSAS, CALIFORNIA, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, and WISCONSIN, *ex rel.* CHARLES PHILLIPS, M.D., <br><br>                                    Plaintiffs, <br><br>      v. <br><br> QUANTUM HEALTHCARE MEDICAL ASSOCIATES, INC.; TEAM PHYSICIANS OF CALIFORNIA MEDICAL GROUP, INC.; TEAM HEALTH, INC.; TEAM HEALTH HOLDINGS, LLC; T-SYSTEM, INC.; MARINA MEDICAL BILLING SERVICE, INC.; VALLEY EMERGENCY PHYSICIANS MEDICAL GROUP, INC.; and SIERRA RURAL PHYSICIANS, INC., <br><br>                                    Defendants. | 2:11-CV-01588-MCE-KJN <br><br> **ORDER ON THE STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION** <br><br> Judge:  Hon. Morrison C. England, Jr. |

The State of California having declined to intervene in this action pursuant to the California False Claims Act, California Government Code § 12652(c)(6)(B), and the States of Arkansas, Delaware, Florida, Georgia, Hawaii, Illinois, Louisiana, Massachusetts, Michigan, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, and Wisconsin, and the District of Columbia (collectively, along with the State of California, referred to hereinafter as "the States") having declined to intervene in this action pursuant to their respective statutes, the Court rules as follows:

1. The Complaint, any amended Complaints, the States' Notice of Election to Decline Intervention, and this Order shall be unsealed as of the date of this Order. The United States' notice of election to decline intervention and corresponding Order shall also be unsealed, in accordance with the United States' request. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants.

2. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

3. The last effective Complaint, the States' Notice of Election to Decline Intervention, and this Order, as well as the United States' notice of election to decline intervention and its corresponding Order, shall be served upon the defendants by the relator.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the States, as provided for in their respective statutes. The States may order any deposition transcripts, and are entitled to intervene in this action, for good cause, at any time, to the extent allowed by their respective statutes.

5. All orders of this Court shall be sent to the States.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

6. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the States before ruling or granting its approval.

IT IS SO ORDERED.

Dated:  August 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT