BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA , and the STATES OF ARKANSAS, CALIFORNIA, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, and WISCONSIN ex rel. CHARLES PHILLIPS, M.D., <br><br>          Plaintiffs, <br><br>     v. <br><br>QUANTUM HEALTHCARE MEDICAL ASSOCIATES, INC.; TEAM PHYSICIANS OF CALIFORNIA MEDICAL GROUP, INC.; TEAM HEALTH, INC.; TEAM HEALTH HOLDINGS, LLC; T-SYSTEM, INC.; MARINA MEDICAL BILLING SERVICE, INC.; VALLEY EMERGENCY PHYSICIANS MEDICAL GROUP, INC.; AND SIERRA RURAL PHYSICIANS, INC., <br><br>          Defendants. | Case No.  2:11-CV-1588 MCE KJN <br><br> **ORDER ON VOLUNTARY DISMISSAL** |

Relator having filed a Notice of Voluntary Dismissal without prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a), the United having consented thereto pursuant to

1

31 U.S.C. § 3730(b)(1) and twenty-three of the twenty-four named states[1] joining in this consent, and for good cause shown, the Court hereby rules as follows:

All claims in this action be and hereby are dismissed without prejudice.

IT IS SO ORDERED.

Dated: January 16, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] As listed in the States' Notice of Election to Decline Intervention, filed on August 16, 2014, at ECF No. 27.

2